## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 07-279  (JRT/AJB) |
| Plaintiff, | |
| v. | **ORDER** |
| CRESCENCIO LEON BARRAZA, | |
| Defendant. | |

_____

Tracy Perzel, Assistant United States Attorney, **OFFICE OF THE UNITED STATES ATTORNEY**, 300 South Fourth Street, Suite 600, Minneapolis, MN 55415, for plaintiff.

William M. Orth, **ORTH LAW OFFICE**, 401 Second Avenue South, Suite 550, Minneapolis, MN 55401, for defendant.

Based upon the Report and Recommendation of the United States Magistrate Judge Arthur J. Boylan dated September 9, 2008, all the files and records, and no objections having been filed to said Report and Recommendation, **IT IS HEREBY ORDERED** that:

1. Defendant Crescencio Leon Barraza's motion to suppress is **DENIED** [Docket No. 21]; and

2. Defendant Crescencio Leon Barraza's motion to suppress statements is **DENIED** [Docket No. 49].

DATED: September 29, 2008
at Minneapolis, Minnesota.
                                                                                                                                                                          _____s/John R. Tunheim_____
                                                                                                                                                                            JOHN R. TUNHEIM
                                                                                                                                                                            United States District Judge